UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MATTHEW BAIRD, et al.,

  Plaintiffs,

  v.

STEEL DYNAMICS INC., et al.,

  Defendants.

Case No. 1:23-CV-356-CCB-SLC

## ORDER

Pursuant to the Stipulation to Dismiss [DE 44] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

October 11, 2024

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT